UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 7
:
   Laura Waldman :
: Bankruptcy No.: 12-15822-jkf
   Debtor(s) :

## ORDER

AND NOW, this 28th day of June, 2012, upon consideration of the Debtor's Application for Extension of Time to file the Statement of Current Monthly Income, Schedules A-J, Summary of Schedules and Statistical Summary of Certain Liabilities, it is hereby

ORDERED that said Application is GRANTED and that the Debtor's right to file missing documents is extended an additional 20 days.

BY THE COURT:

_____
Jean K. FitzSimon, Bankruptcy Judge

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, Pennsylvania 19107

Christine S. Shubert, Trustee
10 Teaberry Drive
Medford, New Jersey 08055

Steven P. Kelly, Esquire
The Anastasio Law Firm, LLC
1221 Locust Street, Suite 201
Philadelphia, Pennsylvania 19107

Laura Waldman
826 Hillaire Road
Lancaster, Pennsylvania 17601