# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| LAURA WALDMAN | BANKRUPTCY NO. 12-15822 (REF) |
| Debtor | |

## ORDER

**AND NOW,** upon consideration of the First Interim Application of Maschmeyer Karalis P.C. ("MK") for Compensation and Reimbursement of Expenses as Counsel to the Trustee, it is hereby

**ORDERED** that the sum of $1,800.00 is allowed as reasonable compensation for the services rendered and $19.20 for reimbursement of expenses for a total of $1,819.20, both of which shall be paid to MK as Counsel for Trustee for services rendered and costs expended for the period October 21, 2016 through December 31, 2017.

BY THE COURT:

**Date: April 5, 2018**

_____
RICHARD E. FEHLING
CHIEF U.S. BANKRUPTCY JUDGE